UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gregory Smith, et al.,

                Plaintiff(s),

v.                                             Case No. 4:21-cv-10672-MFL-DRG
                                                  Hon. Matthew F. Leitman

City of Detroit, et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Grand pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                  s/Matthew F. Leitman
                                                  Matthew F. Leitman
                                                  United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                  s/H Monda
                                                  Case Manager

Dated:  July 15, 2021